THOMAS C. MICHAELIDES, ESQ.
Nevada Bar No. 5425
2340 Paseo Del Prado, Suite D-206
Las Vegas, Nevada 89102
Telephone:   (702) 462-6161
Facsimile:   (702) 413-6255
Email: tcm@tcmlawgroup.com
*Attorneys for Petitioner/Appellant,*
*MICHAEL P. CAVARRETTA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL P. CAVARRETTA,<br><br>  Petitioner/Appellant,<br><br>v.<br><br>ANTHONY SCILLIA, et al.,<br><br>  Respondents. | CASE NO.:  2:09-cv-02228-PMP-VCF |

**COMES NOW PETITIONER**, MICHAEL P. CAVARRETTA, and hereby Substitutes Thomas C. Michaelides, Esq., of TCM Law as attorney of record in place and stead of MICHAEL P. CAVARRETTA acting in Proper Person.

Dated this 25 day of February, 2013

_____
MICHAEL P. CAVARRETTA

I accept the above substitution I am duly admitted to practice in this District.

Dated this 04 day of March, 2013

_____
THOMAS C. MICHAELIDES, ESQ.
Retained Attorney

APPROVED:

Dated this 5th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE